No. 911. Maud Morrison, Administratrix, etc., *v.* Chicago, Milwaukee & St. Paul Railway Company.   April 14, 1919.   Petition for a writ of certiorari to the

Supreme Court of the State of Washington denied. *Mr. O. C. Moore* for petitioner. *Mr. Heman H. Field* and *Mr. George W. Korte* for respondent.